**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6371**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRUCE DOUGLAS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.   Patrick Michael Duffy, District Judge.   (CR-93-92)

———————

Submitted:  July 29, 2005          Decided:  August 23, 2005

———————

Before LUTTIG, KING, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bruce Douglas, Appellant Pro Se.   Leesa Washington, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bruce Douglas appeals the district court's order denying relief on his 18 U.S.C. § 3582(c) (2000) motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See <u>United States v. Douglas</u>, No. CR-93-92 (D.S.C. filed Oct. 29, 2004 & entered Nov. 1, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>